IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL STANLEY TURNER                                        PLAINTIFF
ADC #081306

v.                          No. 4:19-cv-496-DPM

ASA HUTCHINSON, Governor, State
of Arkansas; JOHN FELTS, Arkansas
Parole Board; SHERI J. FLYNN, Director,
SOSRA; MATT HIGGINS, Police Officer,
Searcy Police Department; LINDSEY
MOODY, Parole Officer, Arkansas
Department of Community Corrections;
ERIC FLEMING, Investigator, Searcy Police
Department; and ADAM SEXTON,
Investigator, Searcy Police Department              DEFENDANTS

ORDER

1. Turner moves to proceed *in forma pauperis*. № 1. But he's a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, he'd had at least three cases dismissed for failing to state a claim. *E.g., Turner v. Flynn*, 5:15-cv-167-JJV; *Turner v. Edwards, et al.*, 4:99-cv-392-GH; *Turner v. Norris*, 5:10-cv-246-JLH. In his new complaint, Turner says he was unlawfully convicted, unlawfully classified as a level IV sex offender, and unlawfully denied parole. № 2. But it doesn't appear that Turner is currently in imminent danger. His motion to proceed *in forma pauperis*, № 1, is therefore denied.

**2.** Turner's complaint will be dismissed without prejudice. If Turner wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen this case by 26 August 2019. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019