IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CARL STANLEY TURNER  PLAINTIFF
ADC #081306

v.  No. 4:19-cv-496-DPM

ASA HUTCHINSON, Governor, State
of Arkansas; JOHN FELTS, Arkansas
Parole Board; SHERI J. FLYNN, Director,
SOSRA; MATT HIGGINS, Police Officer,
Searcy Police Department; LINDSEY
MOODY, Parole Officer, Arkansas
Department of Community Corrections;
ERIC FLEMING, Investigator, Searcy Police
Department; and ADAM SEXTON,
Investigator, Searcy Police Department  DEFENDANTS

## JUDGMENT

Turner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2019